## RECONSIDERATION DOCKET

**99–852. Anderson v. Linkscorp, Inc.**

Franklin App. No. 98AP–454. Reported at 87 Ohio St.3d 1443, 719 N.E.2d 6. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

**99–1528. Van Kan v. Mattheus.**

Geauga App. No. 98–G–2139. Reported at 87 Ohio St.3d 1440, 719 N.E.2d 4. On motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**99–1536. Earley v. Keenan.**

Cuyahoga App. No. 76653. Reported at 87 Ohio St.3d 1443, 719 N.E.2d 6. On motion for reconsideration. Motion denied.